AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEANTWAN M. ALLEN, SR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 6:19-54

OFFICER MCDANIEL,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of July 31, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Plaintiff's complaint is DISMISSED for his failure to follow this Court's Orders. Plaintiff is DENIED in forma pauperis status on appeal, and this civil action stands CLOSED.

07/31/2020  
Date

John E. Triplett, Acting Clerk  
Clerk

*Tara H. Burton*  
(By) Deputy Clerk

GAS Rev 10/1/03